**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
Case No. **0:11−bk−31591−RJH**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   MICHAEL C DAILY
   dba COMPUTER REPAIR BY MIKE
   420 S ACOMA BLVD #22
   LAKE HAVASU CITY, AZ 86403

Social Security / Individual Taxpayer ID No.:
   xxx−xx−4943

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                      BY THE COURT

Dated: 2/21/12                       Randolph J. Haines
                                            United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of Arizona
In re:                                                   Case No. 11-31591-RJH
   MICHAEL C DAILY                                       Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0970-0      User: admin           Page 1 of 2        Date Rcvd: Feb 21, 2012
                          Form ID: b18          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2012.
db         +MICHAEL C DAILY,    420 S ACOMA BLVD #22,    LAKE HAVASU CITY, AZ 86403-4836
cr        +++RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 SE 2ND AVE #1120,   MIAMI, FL 33131-1605
10963848   +CLIENT SERVICES INC,    3451 HARRY TRUMAN BLVD,    ST CHARLES, MO 63301-9816
10963852   +MRS  ACCOATES INC,    1930 OLNEY AVE,    CHERRYHILL, NJ 08003-2016
10963853   +NATIONWIDE CREDIT INC,    P.O. BOX 26314,    LEHIGH VALLEY, PA 18002-6314
10963854   +NCB MANAGEMENT SERVICE INC,    P.O. BOX 1099,    LONG, PA 19047-6099
10963855   +NCO FINANCIAL,    P.O. BOX 15081,    WOILMINGTON,DE 19850-5081
10963858   +UNITED COLLECTION BUREAU,    5620 SOUTHWYCK,    TOLEDO, OHIO 43614-1501
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          EDI: BWEPIERCE.COM Feb 22 2012 02:23:00      WILLIAM E. PIERCE,    P.O. BOX 429,
             CHINO VALLEY, AZ  86323-0429
smg         EDI: AZDEPREV.COM Feb 22 2012 02:28:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
10963845   +EDI: AMEREXPR.COM Feb 22 2012 02:23:00      AMERICAN EXRESS,    BOX 0001,
             LOS ANGELS,CA 90096-8000
10963846   +EDI: CHASE.COM Feb 22 2012 02:28:00      CARDMEMBER SERVICES,    P.O. BOX 94014,
             PALATINE, IL 60094-4014
10963847   +EDI: CHASE.COM Feb 22 2012 02:28:00      CHASE,    P.O. BOX 94014,   PALATINE, IL 60094-4014
10963849   +EDI: DISCOVER.COM Feb 22 2012 02:23:00      DISCOVER CARD,    P.O. BOX 29033,
             PHOENIX, AZ 85038-9033
10963850   +E-mail/Text: bknotice@erccollections.com Feb 22 2012 05:02:10      ENHANCED RECOVERY CORP,
             8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
10963851   +EDI: HFC.COM Feb 22 2012 02:23:00      HSBC CARD SERVICES,    P.O. BOX 17332,
             BALTIMORE, MD 21297-1332
10963855   +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 22 2012 05:05:06       NCO FINANCIAL,
             P.O. BOX 15081,    WOILMINGTON,DE 19850-5081
10976546    EDI: RECOVERYCORP.COM Feb 22 2012 02:28:00      Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10963857   +E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Feb 22 2012 04:08:45       SCHOOLS FIRST FCU,
             P.O. BOX 11908,    SANTA ANA, CA 92711-1908
10963859   +EDI: URSI.COM Feb 22 2012 02:23:00      UNITED RECOVERY SYSTEM,    P.O. BOX 722910,
             HOUSTON, TX 77272-2910
10963861   +EDI: USAA.COM Feb 22 2012 02:23:00      USAA,    10750 MC DERMOTT FWY,   SAN ANTONIO, TX 78288-1600
10963860   +EDI: USAA.COM Feb 22 2012 02:23:00      USAA,    10750 MCDERMOTT FWY,   SAN ANTONIO, TX 78288-1600
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10963856     NONE
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**                    **Signature:**    *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2012 at the address(es) listed below:
           SANDRA LEE (AZCLDP 80492) COFFMAN    sandiesturgis1@msn.com
           U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
           WILLIAM E. PIERCE    az13@ecfcbis.com
           TOTAL: 3